UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOR CHIN LIM,<br><br>        Plaintiff,<br><br>v.<br><br>NEW YORK STATE BOARD OF LAW EXAMINERS, et al.,<br><br>        Defendants. | Case No. 25-cv-02661-DMR<br><br>**REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE AND REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

Self-represented Plaintiff Khor Chin Lim filed a complaint and an application for leave to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 2.] Since all parties have not consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c), the court issues this Report and Recommendation and reassigns this case to a district judge for final disposition, with the recommendation that this action be dismissed without prejudice for failure to prosecute.

On May 12, 2025, the court granted Plaintiff's IFP application but screened the complaint pursuant to 28 U.S.C. § 1915(E). [Docket No. 8.] The court ordered Plaintiff to file a first amended complaint that addressed the deficiencies identified in the screening order by June 2, 2025, and warned Plaintiff that failure to file a timely first amended complaint would result in a recommendation that his action be dismissed. *Id.* at 4. Plaintiff is an e-filer; no amended complaint has been filed.[1] Accordingly, the court recommends that Plaintiff's action be dismissed without prejudice for failure to prosecute. The Clerk is directed to reassign this case to a district

---

[1] Instead, Plaintiff filed a "Motion to direct US Marshall to serve the Defendants" [Docket No. 10], a motion to move *Lim v. New York State Board of Law Examiners*, Case No. 25-cv-02660-LJC, to Oakland [Docket No. 11], and a request for an IFP form [Docket No. 13]. These exact motions were filed in Case No. 25-cv-02660-LJC; Plaintiff wrote both case numbers (25-cv-02660-LJC and 25-cv-02661-DMR) on the motions. If this lawsuit is dismissed, the motions will be moot at least as to this case.

judge.  Any party may file objections to this report and recommendation with the district judge within 14 days after being served with a copy.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a); N.D. Cal. Civ. L.R. 72-2.

The court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties.  Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: June 4, 2025

_____
Donna M. Ryu
Chief Magistrate Judge