UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHOR CHIN LIM,

             Plaintiff,

    v.

NEW YORK STATE BOARD OF LAW
EXAMINERS, et al.,

             Defendants.

Case No.  25-cv-02661-EMC

**ORDER ADOPTING REPORT AND
RECOMMENDATION; AND
DISMISSING CASE**

Docket No. 15

Plaintiff is a pro se litigant.  Previously, Magistrate Judge Ryu granted his application to proceed in forma pauperis ("IFP") but dismissed his complaint pursuant to a review under 28 U.S.C. § 1915(e).  She noted, *inter alia*, that "Plaintiff's claims of bribery and racketeering are based only on conclusory statements, naked assertions without any factual basis, and allegations that are not plausible on their face."  Docket No. 8 (Order at 3).  She further noted that "Plaintiff does not appear to allege any claims related to his 2025 Wisconsin criminal matters" but indicated that, even if he had, "the *Younger* abstention doctrine would prohibit any claim that Plaintiff may raise about his pending criminal proceedings" and "personal jurisdiction over any of the individuals or entities involved in [the] Wisconsin criminal proceedings" also appeared lacking.  Docket No. 8 (Order at 3).  Judge Ryu allowed Plaintiff to amend his complaint by June 2, 2025, and warned that she would recommend a dismissal of his case if he did not timely amend.  *See* Docket No. 8 (Order at 4).

Plaintiff did not timely amend.  Judge Ryu therefore issued a report and recommendation ("R&R") in which she recommended that Plaintiff's case be dismissed without prejudice for failure to prosecute.  *See* Docket No. 15 (R&R at 1).

United States District Court
Northern District of California

1   Plaintiff has not objected to the R&R, in spite of having been served with a copy.[1]  The

2   Court has also reviewed the R&R and all other evidence of record and finds the R&R thorough,

3   well reasoned, and correct.  Accordingly, the Court hereby **ADOPTS** the R&R in its entirety and

4   **DISMISSES** Plaintiff's case without prejudice based on failure to prosecute.

5       The Clerk of the Court is instructed to enter a final judgment in accordance with this order

6   and close the file in the case.

7

8       **IT IS SO ORDERED**.

9

10  Dated: June 24, 2025

11

12

13  _____
    EDWARD M. CHEN
    United States District Judge

---

[1] As Judge Ryu has noted, Plaintiff is an e-filer, and both the R&R (Docket No. 15) and Judge Ryu's prior order (Docket No. 8) were served at the email address he provided (kc53546@hotmail.com).  The Court acknowledges that this email address is different from the one he listed on his complaint (kclim478@aol.com).  But the record indicates that Plaintiff has been getting filings in this case through the Hotmail account – *e.g.*, shortly after Judge Ryu granted the IFP application (Docket No. 8), Plaintiff filed a motion asking that the U.S. Marshals Office be ordered to serve the complaint since his IFP application had been approved (Docket No. 10).  Also, shortly after the Clerk's Office issued a notice to Plaintiff asking whether he consented to proceeding before a magistrate judge (Docket No. 12), he filed a declination (Docket No. 14).

The Court also notes that Plaintiff has received filings and been able to make filings even though he represents that he is an inmate in a County Jail located in Toledo, Iowa.  *But see* Docket No. 17 (mail to County Jail address returned as undeliverable).

2