UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOR CHIN LIM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW YORK STATE BOARD OF LAW EXAMINERS, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-02661-EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Docket No. 24 |

　　　　Previously, the Court denied a motion filed by Plaintiff for a temporary restraining order ("TRO"). *See* Docket No. 23 (order). The Court has now received another motion for a TRO from Plaintiff. As with the other motion, Plaintiff's papers are both difficult to read and comprehend. From what the Court can discern, Plaintiff seeks a number of forms of relief, including but not limited to the following:

- a referral of prosecutors prosecuting him in Wisconsin state court to the Department of Justice;
- an order restraining Defendants from engaging in racketeering, bribery, and money laundering;
- an order restraining Defendants from poisoning his medication and food;
- an order restraining the Singaporean and Malaysian governments, one or both of whom conspired with Democrats to bribe unidentified persons which resulted in the criminal prosecution against him; and
- an order restraining clerks of courts from violating their duties.

　　　　The Court denies the motion for a TRO for largely the same reasons it denied his prior

motion for a TRO. Plaintiff has failed to establish that he is likely to succeed on the merits. There is no evidence to support Plaintiff's claims; Plaintiff's claims are speculative and/or fanciful. Furthermore, it is not clear how this Court has jurisdiction with respect to the criminal prosecution in Wisconsin. See Docket No. 18 (Order at 1) (taking note of *Younger* abstention and personal jurisdiction).

Finally, the Court notes that a final judgment has been entered in this case. Thus, this case is closed and the Court shall not accept any further filings from Plaintiff in this case.

This order disposes of Docket No. 24.

**IT IS SO ORDERED**.

Dated: July 30, 2025

_____
EDWARD M. CHEN
United States District Judge